IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03272-REB-STV

BREONNA SCOTT,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.

    Defendant.

## NOTICE OF SETTLEMENT

      Plaintiff notifies the Court the parties have agreed to settle this matter. Counsel for the parties are preparing and finalizing the Settlement Agreement and Stipulated Dismissal (the "Agreement"). The parties intend on filing this Agreement as soon as practicable, however, request 30 days to do so.

DATED: March 1, 2019                                         Respectfully submitted,

                                                                               **BREONNA SCOTT**

                                                                               By: */s/ Joseph S. Davidson*

                                                                               Joseph S. Davidson
                                                                               **SULAIMAN LAW GROUP, LTD.**
                                                                               2500 South Highland Avenue
                                                                               Suite 200
                                                                               Lombard, Illinois 60148
                                                                               +1 630-575-8181
                                                                               jdavidson@sulaimanlaw.com