IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 18-cv-03272-REB-STV

BREONNA SCOTT,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on **Stipulation for Dismissal of Case with Prejudice** [#13][1] filed March 25, 2019. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Case with Prejudice** [#13], filed March 25, 2019, is approved;

2. That plaintiff's claims against defendant are dismissed with prejudice, with each party to bear their own attorney fees and costs; and

3. That this case is closed.

Dated March 25, 2019, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.